No. 262. BURGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Clifford J. Groh* and *George Kaufmann* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 271. QUARLES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 278. STUPAK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *John E. Evans, Sr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 279. BLANCHARD, DBA BLANCHARD CONSTRUCTION Co. *v.* ST. PAUL FIRE & MARINE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *George E. Morse* for petitioner. *Raymond A. Hepner* for respondent.

No. 284. STIRONE *v.* MARKLEY, WARDEN. C. A. 7th Cir. Certiorari denied. *Lloyd F. Engle, Jr.,* and *N. George Nasser* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 286. DiFRONZO *v.* UNITED STATES; and
No. 287. CALZAVARA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner in No. 286. *George F. Callaghan, Julius Lucius Echeles* and *Melvin B. Lewis* for petitioner in No. 287. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Robert S. Erdahl* for the United States. Reported below: 345 F. 2d 383.